# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 5/21/2018

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/21/2018 10:16:33 AM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

**TO:** 14TH COURT OF APPEALS

**From:** Deputy Clerk: SHEMEKA LEE
Chris Daniel, District Clerk
Harris County, T E X A S

**CAUSE:** 2016-19307

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** 79534926

**DUE** 6/18/2018 **ATTORNEY** 9590800

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:** 4/17/2018

**MOTION FOR NEW TRIAL DATE FILED** NONE

**FINDINGS OF FACT & CONCLUSIONS OF LAW FILED** NONE

**REQUEST TRANSCRIPT DATE FILED** NONE

**NOTICE OF APPEAL DATE FILED** 5/16/2018

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED: YES** ☐ **NO** ☐ **IMAGED FILED: YES** ☐ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BG, C, OA

**COURT REPORTER:** Suzanne Saulsberry

CHRIS DANIEL
Harris County, District Clerk

By: /s/ *Shemeka Lee*
**SHEMEKA LEE, Deputy**

| | |
|---|---|
| BC | NOTICE OF APPEAL FILED |
| BG | NOTICE OF APPEAL FILED – GOVERNMENT |
| C | JUDGMENT BEING APPEALED |
| D | ACCELERATED APPEAL |
| OA | NO CLERK'S RECORD REQUEST FILED |
| O | CLERK'S RECORD REQUEST FILED (W/ NOTICE OF APPEAL) |
| NA | AMENDED NOTICE OF APPEAL |

## CAUSE NO. 2016-19307

| | | |
|---|---|---|
| CITY OF HOUSTON, | § | IN THE DISTRICT COURT |
| | § | |
| *PLAINTIFF*, | § | |
| | § | |
| V. | § | |
| | § | HARRIS COUNTY, TEXAS |
| HOUSTON PROFESSIONAL FIRE | § | |
| FIGHTERS' ASSOCIATION, LOCAL | § | |
| 341, | § | |
| | § | |
| *DEFENDANT*. | § | 127TH JUDICIAL DISTRICT |

### Plaintiff's Notice of Appeal

Pursuant to Texas Rule of Appellate Procedure 25.1, the City of Houston ("City") files this Notice of Appeal.

1. Plaintiff, City of Houston, desires to appeal the granting of Defendant's Motion for Final Summary Judgment in Cause Number 2016-19307, in the 127th Judicial District Court of Harris County, Texas.

2. The District Court signed the Order granting Defendant's motion on April 17, 2018 in this cause.

3. This appeal is taken to the First or Fourteenth Court of Appeals at Houston, Texas.

4. Plaintiff has not previously filed a related appeal or original proceeding in either the First or Fourteenth Court of Appeals.

5.    This is an appeal of a final judgment under Tex. Civ. Prac. & Rem. Code § 51.012.

Respectfully submitted,

RONALD C. LEWIS
City Attorney
DONALD J. FLEMING
Chief, Labor, Employment & Civil Rights
   Section
JUDITH L. RAMSEY
Chief, General Litigation Section

By:  */s/ Robert W. Higgason*
    Robert W. Higgason
    Senior Assistant City Attorney
    State Bar No.: 09590800
    CITY OF HOUSTON LEGAL
     DEPARTMENT
    900 Bagby, 3rd Floor
    Houston, Texas 77002
    832.393.6481 – Telephone
    832.393.6259 – Facsimile
    robert.higgason@houstontx.gov

*Attorneys for Plaintiff City of Houston*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2018, a true and correct copy of the foregoing has been served on counsel below via e-service.

Richard C. Mumey
THE MUMEY LAW FIRM, PLLC
1225 North Loop West, Suite 1000
Houston, Texas 77008
rick@mumeyfirm.com

*Attorney for Defendant*

_/s/ Robert W. Higgason_
Robert W. Higgason

2/7/2018 6:11 PM
Chris Daniel - District Clerk Harris County
Envelope No. 22374755
By: CAROL WILLIAMS
Filed: 2/7/2018 5:22 PM
Pgs-1

7

CAUSE NO. <u>2016-19307</u>

| | | |
|---|---|---|
| **CITY OF HOUSTON** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **HOUSTON PROFESSIONAL** | § | |
| **FIRE FIGHTERS' ASSOCIATION,** | § | |
| **LOCAL 341** | § | **127th JUDICIAL DISTRICT** |

## ORDER ON DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT

CAME ON to be heard the Defendant's Motion for Final Summary Judgment, and the Court, after having considered the same, is of the opinion that same should be granted; it is therefore

ORDERED, ADJUDGED and DECREED that Defendant's Motion for Summary Judgment is hereby GRANTED in all things.

SIGNED this the _____ day of _____, 2018.

Signed:
4/17/2018
_____
**PRESIDING JUDGE**

(7) CONNECTION(S) FOUND.

| CASE NUM: | 201619307 | PJN: | | TRANS NUM: | | CURRENT COURT: | 127 | PUB: | Please Select |
|---|---|---|---|---|---|---|---|---|---|

| CASE TYPE: | OTHER CIVIL | | CASE STATUS: | DISPOSED (FINAL) |
|---|---|---|---|---|

| STYLE: | CITY OF HOUSTON (THE) | VS | HOUSTON PROFESSIONAL FIRE FIGHTERS' A |
|---|---|---|---|

**** INACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00002 - 0002 | XPL | | HOUSTON PROFESSIONAL FIRE FIGHTERS' ASSO | | |
| ☐ | | 00001 - 0002 | XDF | 24086286 | CITY OF HOUSTON (THE) | | JACKSON, DENNIS JEROME |
| ☐ | | 00001 - 0002 | PXD | 24045772 | DELUCA, NATALIE G | | |
| ☐ | | 00003 - 0001 | AGT | | HOUSTON PROFESSIONAL FIRE FIGHTERS' ASSO | | |
| ☐ | | 00002 - 0001 | DEF | 24034592 | HOUSTON PROFESSIONAL FIRE FIGHTERS' ASSO | | MUMEY, RICHARD CHARLES |
| ☐ | | 00001 - 0001 | PAP | 00795048 | AIYER, NIRJA SHARMA | | |
| ☐ | | 00001 - 0001 | PLT | 24086286 | CITY OF HOUSTON (THE) | | JACKSON, DENNIS JEROME |